UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

PAIGE CHEREE KIMBLEY                                                                    PLAINTIFF

v.                                          No. 2:22-cv-02075

WAYNE LESLIE STARR and
JOHN DOES 1 & 2                                                                        DEFENDANTS

## ORDER

Before the Court is Plaintiff's second amended motion (Doc. 20) to dismiss this case without prejudice under Federal Rule Civil Procedure 41(a). Defendants opposed Plaintiff's first motion to dismiss this case without prejudice. (Doc. 14). The Court denied the first motion to dismiss. (Doc. 16). The second motion represents that Defendants no longer object, and the motion is signed by Defendants. Rule 41(a)(2) of the Federal Rules of Civil Procedure gives the Court discretion to dismiss a case on a plaintiff's motion on terms that the Court considers proper. The Court considers dismissal on these terms to be proper, and the motion will be granted.

IT IS THEREFORE ORDERED that the motion (Doc. 20) is GRANTED. This case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 2nd day of November, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE